# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN KELLER,<br>  Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>  Defendant | )<br>)<br>)<br>)<br>) Case No.: 2:11-cv-3789-RB<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

  Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders         /S/ Craig Thor Kimmel
Ross S. Enders, Esquire       Craig Thor Kimmel, Esquire
Attorney ID: 89840         Attorney ID: 57100
Attorney for Defendant        Attorney for the Plaintiff


Date: October 11, 2011        Date: October 11, 2011


BY THE COURT:

_____
            J.