# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYAN KELLER,
    Plaintiff,

v.

**Case No.: 2:11-cv-3789-RB**

NCO FINANCIAL SYSTEMS, INC.,
    Defendant

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID: 89840
Attorney for Defendant

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: October 11, 2011

Date: October 11, 2011

10/11/11       BY THE COURT:

_____ J.